sum of $500, and as so modified affirmed, without costs. The undertaking providing for the additional security may be filed within five days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

## (May 13, 1938.)

ARLEY HOLDING CORP., Appellant, v. MORRIS SOKOLSKY, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

WILLIAM O. FARLEY, Respondent, v. FREDERICK C. OVERBURY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis and Johnston, JJ.; Taylor, J., not voting.

ANNA FUNK and Another, Respondents, v. H. C. BOHACK Co., INC., Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

M. F. HICKEY Co., INC., Appellant, v. LOTHAIR H. SZERLIP, Respondent, and Others, Defendants.—Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB N. BROUDY, an Attorney and Counselor at Law, Respondent.— Respondent suspended from the practice of the law for a period of one year. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

In the Matter of ROSE HELEN PADERS, Admitted as ROSE HELEN PADERS HALPERN, an Attorney, Respondent.— Motion for reinstatement granted. [See 250 App. Div. 418; Id. 858.] Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of Supplementary Proceedings: OSCAR PLOTNITZKY and Another, Respondents, v. SAMUEL SCHOFFMAN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. RAYMOND WEED, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

NICHOLAS ARAMO and KATTINA ARMAO, His Wife, PHELON PAPAS and ELLEN PAPAS, His Wife, Appellants, v. MICHAEL DONNELLY, Respondent.— Judgment in favor of defendant in an action to recover for personal injuries, property damage and loss of services, and order denying plaintiffs' motion to set aside the verdict, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

BERTHA E. BOGARDUS, Respondent, v. HARRIET J. VETTER, Appellant. (Action No. 1.) — Order of the County Court of Dutchess county denying defendant's motion to vacate the attachment of defendant's property, in so far as an appeal is taken therefrom, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.